UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:24-cv-67-REW            ELECTRONICALLY FILED

UNITED STATES OF AMERICA            PLAINTIFF

COMPLAINT

DAVID SILCOX            DEFENDANT

\* \* \* \* \* \* \*

The United States of America, by and through its counsel, the United States Attorney for the Eastern District of Kentucky, brings this action against the defendant, DAVID SILCOX, and for its cause of action states as follows:

### INTRODUCTION

1. This is a civil action to collect a debt owed by the Defendant to the United States.

2. The Defendant is a resident of Elkhorn City, Pike County, Kentucky.

### JURISDICTION AND VENUE

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1345.

4. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) because the Defendant resides within this district.

### STATEMENT OF CLAIM

5. The Defendant accepted interim benefits for an occupational illness (black lung) at the same time that that he was also receiving State workers' compensation payments for the same illness.

6. As a result, the Defendant received a duplicate payment.

7. On or about July 24, 2020, the Defendant was sent an Overpayment Letter advising him of this duplicate payment. A true and correct copy of that Overpayment Letter is attached as Exhibit A and is incorporated by reference herein.

8. On May 6, 2022, the U.S. Department of Labor, Office of Workers Compensation Programs ("DOL/OWCP") determined that the Defendant was delinquent for a benefit overpayment in the amount of $34,058.16. DOL/OWCP sent the Defendant letters advising of the delinquency and requesting payment.

9. DOL/OWCP referred the debt to Treasury for collection on July 12, 2022.

10. On July 17, 2024, Treasury referred the debt to the Department of Justice for litigation and collection.

11. On September 6, 2024, demand was made on the Defendant for repayment of the debt owed by the Defendant, along with accrued interest, penalties, and administrative fees.

12. Although demand has been made for payment, there remains due and owing the principal sum of $34,058.16, plus interest in the amount of $338.72 as of July 31, 2024 at 1.0 % per annum, plus penalties in the amount of $2,032.29, plus DOL administrative fees in the amount of $13,144.54, for a total of $49,573.71 as of July 31, 2024.  *See* Certificate of Indebtedness as Exhibit B and incorporated by reference herein.

WHEREFORE, the United States demands judgment against the Defendant as follows:

(a) principal in the amount of $34,058.16, plus interest in the amount of $338.72 as of July 31, 2024 at 1.0 % per annum, plus penalties in the amount of $2,032.29, plus DOL Administrative Fees in the amount of $13,144.54;

(b) interest to continue to accrue at the rate of 1.0 % per annum from July 31, 2024, until the date of Judgment;

(c) interest thereafter on all amounts set forth in the judgment from the date thereof at the statutory rate pursuant to 28 U.S.C. §3717(a) until paid in full;

(d) costs of the suit, including filing fees, pursuant to 28 U.S.C. § 1920; and

(e) such other proper relief as this Court may deem just.

Respectfully submitted,

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

By: /s/ John M. Spires
John M. Spires
Assistant United States Attorney
260 West Vine Street, Ste. 300
Lexington, KY 40507
Phone (859) 233-2661
FAX (859) 233-2533